# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:    Sana B. Barrett    :    Case No.    15-50732

:    Chapter 13

:    Judge    C. Kathryn Preston

Debtor(s)

# CHAPTER 13 PLAN

**NOTE**: The term "Debtor" as used throughout this Plan shall reference either a single debtor or joint debtors. The term "Plan" shall refer to the plan filed in this case, as it may be amended, using the mandatory form plan adopted in this Division. All references to section (§) numbers are to sections of the United States Bankruptcy Code, 11 U.S.C. section § 101, et seq. The term "BR" shall refer to the Federal Rules of Bankruptcy Procedure. The term "LBR" shall refer to the Local Bankruptcy Rules of the Southern District of Ohio.

☒ **Amended Plan**

All pre-confirmation amendments to an original Mandatory Form Plan shall be accomplished by filing a complete Plan with the changes highlighted or reflected in bold or italic typeface.

| | | |
|---|---|---|
| ☐ Above Median Income<br>☒ Below Median Income | Insolvent unless otherwise marked below:<br>☐ Solvent Estate | Dividend to unsecured creditors:<br>4.00 % |

Debtor claims to be eligible for discharge under § 1328(f) unless otherwise marked below:

☐ Debtor is not eligible for discharge under § 1328(f)

☐ Joint Debtor is not eligible for discharge under § 1328(f)

Debtor
(1) filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on    February 12, 2015

**OR**

(2) converted this case to a case under Chapter 13 on _____ ("Petition Date").

MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012

### A. PAYMENTS

#### A(1). Plan Payments.

The future earnings of Debtor are submitted to the supervision and control of the Trustee. Debtor shall pay the Trustee the sum of $ 1,065.00 per month (enter all step-payments), for a period not to exceed sixty months. Debtor shall commence payments within thirty days of the Petition Date, and distributions shall begin upon confirmation pursuant to § 1326(a). The effective date of the Plan shall be the date of entry of an order confirming the Plan.

From the payments so received, the Trustee shall make disbursements, subject to the Trustee's fee. The disbursement schedule is dependent upon receipt of regular monthly Plan payments. Any increases to monthly mortgage or escrow payments without corresponding changes to the Plan payment may impact the disbursement schedule. The Trustee has the discretion to calculate the amount and timing of distributions as is administratively efficient.

#### A(2). Pre-Confirmation Adequate Protection Payments/Lease Payments.

The following pre-confirmation adequate protection payments on claims secured by personal property and pre-confirmation lease payments for leases of personal property shall be paid by the Trustee, subject to his full fees, to the creditors listed below. Except as provided by § 501(c), secured creditors must file a proof of claim to receive payment. Unless otherwise ordered by the Court, these payments will be retained by the Trustee until confirmation and distributed after confirmation. If the case is dismissed or converted prior to confirmation, the Trustee will distribute the retained payments, pro rata, based on the adequate protection payment amounts.

| Creditor | Property Description | Monthly Adequate Protection Payment |
|---|---|---|
| Allstar Motor Sales, LLC | 2000 Jeep Grand Cherokee | $75.00 |

#### A(3). Administrative Expenses, Attorney Fees, and § 1326 (b) Priority Payments.

Administrative expenses, unitemized attorney fees, itemized attorney fees under LBR 2016-1(b)(2)(B), and priority payments as required by § 1326(b) shall be paid concurrently with Class 2 claims. The total unitemized attorney fee for services (not to exceed the amount set forth in LBR 2016-1(b)(2)(A)), or the estimated itemized fee under LBR 2016-1(b)(2)(B) is $ 3,500.00 .

Debtor's attorney received $ 1,000.00 prior to the Petition Date. The Trustee shall disburse a minimum monthly amount of $ 200.00 to Debtor's attorney until the balance of $ 2,500.00 is paid in full. Fees for independent appraisals of real estate and utility deposits will be paid as administrative expenses pursuant to § 503 upon the timely filing of a proof of claim. The Trustee may pay in one lump sum any administrative claim that is less than $500.00.

B.   **CLASS 1—CLAIMS SECURED BY REAL PROPERTY**

Except as set forth in section B(3), all secured creditors secured only by a security interest in real property shall retain their liens until the later of issuance of a discharge or payment of the underlying debt as determined under non-bankruptcy law.

**B(1).   Mortgage Payments Outside the Plan.**

Regular monthly payments on the following mortgage claims will be paid directly by Debtor, if direct payments are permitted by LBR 3015-1(d)(1):

| Creditor | Property Address |
|---|---|
|  |  |

**B(2).   Conduit Mortgage Payments.**

Regular mortgage payments on the following mortgage claims will be paid on a conduit basis by the Trustee, subject to his full fees, beginning with the first calendar month after the Petition Date, if conduit payments are required by LBR 3015-1(d)(1) or proposed by Debtor. Confirmation of the Plan shall impose an affirmative duty and legal obligation on the holders and/or servicers of mortgage claims to do all of the following, unless the case is dismissed or converted:

(a)   Apply the post-petition conduit mortgage payments as post-petition monthly payments of principal and interest on the mortgage note, and, if applicable, as post-petition monthly payments of escrowed items such as insurance and/or real estate taxes. If such payments are placed into a suspense, forbearance or similar account, they will be deemed to have been applied pursuant to this subsection.

(b)   Apply the payments received from the Trustee for payment on the arrearage, if any, only to such arrearage. The arrearage shall be deemed paid in full upon the entry of the discharge order in this case, unless otherwise ordered by the Court

(c)   Deem the pre-petition arrearage contractually current upon confirmation of the Plan so as to preclude the imposition of late payment charges or other default-related fees and services.

(d)   File and serve a Notice of Mortgage Payment Change on Official Form 10S1, within the deadline and in compliance with the service requirements set forth in BR 3002.1(b), to reflect any changes in the monthly mortgage payments or escrow amounts that occur during the term of the Plan. Upon the filing of a Notice of Mortgage Payment Change, the Plan shall be deemed modified to permit the Trustee to disburse the amended payment amount.

| Creditor | Property Address | Monthly Conduit Mortgage Payment |
|---|---|---|
| Third Federal Savings & Loan | 5411 Aqua St., Columbus, OH 43229 | $737.01 |

**MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012**

**B(3).    Liens and/or Mortgages to be Paid as Unsecured Claims.**

The following claims secured by a lien and/or mortgage will be paid as unsecured claims concurrent with Class 5 general unsecured claims.  Debtor shall file a separate motion or adversary proceeding to determine: (i) whether the property listed below vests free and clear of the lien(s) and/or mortgage(s) pursuant to § 1327 or (ii) whether the lien(s) and/or mortgage(s) listed below may be avoided pursuant to other applicable provisions of the Bankruptcy Code.  Notwithstanding § 1327(a), confirmation of the Plan shall not be dispositive of:  (i) the valuation of the collateral or (ii) the secured status of the claims.  Debtor has standing and authority to file the motion or adversary proceeding; to the extent that the Trustee has standing to bring such action, standing is hereby assigned to Debtor.

| Creditor | Property Address |
|---|---|
| Ohio Homeowner Assistance, LLC | 5411 Aqua St., Columbus, OH 43229 |
| Jackie Berkowitz, DDS | 5411 Aqua St., Columbus, OH 43229 |

**B(4).    Liens and/or Mortgages Which May Be Modified.**

Liens and/or mortgage claims listed in this subsection consist of any claims secured by real property *that is not the Debtor's principal residence* or secured by other assets in addition to the residence. To the extent the claim of the lien holder and/or the mortgage claim holder is in excess of the value of the estate's interest in the collateral, the balance shall be treated as a Class 5 general unsecured claim.  Unless otherwise stipulated or determined by order of the Court, the real property shall be valued for purposes of § 506 as set forth by Debtor below.

| Creditor | Property Address | Value of Collateral | Interest Rate | Minimum Monthly Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**B(5). Real Property to be Surrendered.**

(a) Debtor will surrender the following real property and any resulting deficiency balance shall be treated as a Class 5 general unsecured claim.

| Creditor | Property Address |
|---|---|
|  |  |

(b) The Trustee shall not pay any claims secured by this real property until a timely filed secured proof of claim is amended to set forth the unsecured deficiency balance after disposition of the real property. Such amendments shall be filed no later than 365 days after confirmation of the Plan; amendments filed after that date shall be deemed disallowed and subject to discharge under § 1328 unless otherwise ordered by the Court. The Trustee will make no distributions in respect of mortgage payments, mortgage arrearages, or real estate taxes on surrendered real property, unless otherwise provided in the Plan or by order of the Court.

(c) Upon confirmation of the Plan, the automatic stay of § 362 shall be deemed modified to allow *in rem disposition* of the real property as necessary to effect the surrender.

NOTE: If, at any time after confirmation, sufficient funds are not available to make a full monthly payment on all Class 1 claims, at the Trustee's discretion, the available funds will be distributed pro rata on Class 1 claims. Any post-petition mortgage arrearages will be paid prior to payment of Class 2 claims.

**C.    CLASS 2—CLAIMS SECURED BY PERSONAL PROPERTY; UNEXPIRED LEASES**

**C(1).    Lien Retention and Interest.**

All secured creditors secured only by a security interest in personal property shall retain their liens until the earlier of issuance of a discharge or payment of the underlying debt as determined under non-bankruptcy law. Unless otherwise stipulated or provided for below, secured creditors shall be paid interest at the rate of     3.00    %.

**C(2). To Be Paid in Full (i.e., § 506 Does Not Apply).**

The Trustee shall pay the following claims in full:

| Creditor | Property Description | Purchase Date | Estimated Claim Amount | Interest Rate | Minimum Monthly Payment |
|---|---|---|---|---|---|
| Allstar Motor Sales, LLC | 2000 Jeep Grand Cherokee | 1/2013 | $1,925.00 | 4.75% | $75.00 |

MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012

### C(3). Claims to Which § 506 Applies.

Claims listed in this subsection consist of any claims secured by personal property not described above. To the extent a secured creditor's claim is in excess of the collateral value, the balance shall be treated as a Class 5 general unsecured claim. Unless otherwise stipulated or determined by order of the Court, the personal property shall be valued for purposes of § 506 at the lower of the creditor's valuation set forth on its proof of claim or the valuation set forth by Debtor below:

| Creditor | Property Description | Purchase Date | Value of Collateral | Interest Rate | Minimum Monthly Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### C(4). Personal Property to be Surrendered

Debtor will surrender the following property and any resulting deficiency balance shall be treated as a Class 5 general unsecured claim:

| Creditor | Property Description |
|---|---|
|  |  |

### C(5). Executory Contracts and Vehicle Leases.

(a) Debtor rejects the following executory contract(s) and/or vehicle lease(s) and any resulting claim shall be treated as a Class 5 general unsecured claim:

| Creditor | Property Description |
|---|---|
|  |  |

(b) Debtor assumes the executory contract(s) and/or vehicle lease(s) listed below The Trustee shall pay vehicle lease payments unless otherwise ordered by the Court. Debtor shall pay all other lease or executory contract payments unless otherwise specified below. All payments under this section will begin the first calendar month following the Petition Date.

| Creditor | Property Description | Termination Date | Monthly Payment Amount To be Paid Directly by Debtor | Monthly Payment Amount To be Paid by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

**NOTE**: If at any time after confirmation sufficient funds are not available to make a full monthly payment on all Class 2 claims, at the Trustee's discretion, the available funds will be paid pro rata on Class 2 claims and administrative expense claims.

MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012

**D.    CLASS 3—PRIORITY CLAIMS AND DOMESTIC SUPPORT OBLIGATIONS**

   **D(1).   Priority Claims.**

   Class 3 claims will be paid pro rata and concurrently with Class 4 claims.  All allowed claims entitled to priority under § 507(a) shall be paid in full unless: (i) otherwise provided for in § 1322(a), or (ii) the holder of a particular claim agrees to a different treatment of its claim.  Any and all pre-petition penalties, and post-petition penalties and interest, that have accrued or will accrue on any such claims shall be treated as Class 5 general unsecured claims and shall not be entitled to priority.

   **D(2).   Domestic Support Obligations.**

       (a)    Domestic support obligations (DSOs) are defined in § 101(14A).  Debtor shall pay all post-petition DSOs directly to the DSO creditor and not through the Trustee.  Upon completion of the Plan, Debtor shall certify to the Court that all payments on post-petition DSOs have been made.  If Debtor becomes subject to a DSO during the term of the Plan, Debtor shall file with the Court and serve on the Trustee a notice reflecting the nature of the DSO, and the name and address of the DSO creditor.

Pre-petition arrearages on DSOs shall be paid as follows:

| Name of DSO Creditor | Name & Address of CSEA | Estimated Arrearage Amount, if any, to be Paid Directly by Debtor | Estimated Arrearage Amount, if any, to be Paid by Trustee |
|---|---|---|---|
|  |  |  |  |

       (b)    Name of governmental unit to which a DSO has been assigned, or is owed, or is recoverable by, and the estimated amount of the DSO:

| Creditor | Governmental Unit | Estimated DSO Amount | To be Paid Directly by Debtor | To be Paid by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012

### E. CLASS 4—SECURED CLAIMS NOT OTHERWISE DESIGNATED

#### E(1). Payment of Class 4 Claims.

Class 4 claims including itemized post-confirmation attorney fees per LBR 2016-1(c), pre-petition mortgage arrearages, pre-petition and post-petition lease arrearages, real estate taxes and other secured claims not otherwise designated shall be paid pro rata, concurrently and in full with Class 3 claims.

**NOTE**: No interest shall be paid on any pre-petition mortgage arrearages as part of the cure of the default if the mortgage was executed after October 22, 1994.

#### E(2). Pre-Petition Arrearages on Real Estate Mortgage(s).

The Trustee shall distribute payments to cure the following pre-petition mortgage arrearages:

| Creditor | Property Address | Estimated Arrearage Amount |
|---|---|---|
| Third Federal Savings & Loan | 5411 Aqua St., Columbus, OH 43229 | $6,397.36 |

#### E(3). Arrearages on Assumed Leases and Executory Contracts.

The Trustee shall distribute payments to cure the following arrearages on assumed leases and/or executory contracts:

| Creditor | Property Address/Description | Estimated Arrearage Amount |
|---|---|---|
|  |  |  |

### F. CLASS 5—GENERAL UNSECURED CLAIMS

#### F(1). Unsecured Dividend.

After payment of allowed claims in Classes 1, 2, 3 and 4, allowed general unsecured claims shall be paid a dividend as provided on page one of the Plan.

Notwithstanding the expiration of the claims bar date, the Trustee is authorized to modify the Plan post-confirmation to ensure that plan length meets the "applicable commitment period" provided by § 1325(b) by filing a motion with the Court.

#### F(2). Solvency.

If this is a solvent estate, all general unsecured claims shall be paid in full with interest at _____ %, unless otherwise provided.

### G. MISCELLANEOUS PROVISIONS

#### G(1). Co-Debtor Claims not Otherwise Provided for in the Plan.

(a) The following co-debtor claims will be paid in full by the Trustee concurrently with Class 4 claims to protect the co-debtor:

| Creditor | To be Paid in Full with Interest at Rate Specified Below | Minimum Monthly Payment, if Applicable |
|---|---|---|
|  |  |  |

(b) The following co-debtor claims will be paid as follows:

| Creditor | To be Paid by Co-Debtor Outside the Plan | To be Paid Same Dividend as General Unsecured Claims |
|---|---|---|
|  |  |  |

#### G(2). Sale of Property.

Debtor proposes to sell the real or personal property described below following Trustee and/or Court approval as required by LBR 6004-1(c)–(d). Debtor shall commit the net proceeds as follows:

| Property Address/ Description | Date by Which Sale Shall be Completed | Estimated Net Proceeds | Disposition of Net Proceeds |
|---|---|---|---|
|  |  |  |  |

#### G(3). Tax Returns.

All required tax returns have been filed except as provided below:

| Tax Agency | Type of Tax | Tax Period | Date Return will be Filed |
|---|---|---|---|
|  |  |  |  |

### G(4).  Vesting.

Unless marked below, confirmation of the Plan vests all property of the estate in Debtor free and clear of any claim or interest of any creditor provided for by the Plan pursuant to § 1327(b) and (c).

☐ Property of the estate shall not vest in Debtor upon confirmation but shall remain property of the estate until the case is dismissed, converted, or a discharge is issued, whichever occurs first.

### G(5).  Other Events.

If any of the following occurs, Debtor shall fully and timely disclose the event to the Trustee and shall file any appropriate notice, application and/or motion with the Trustee and/or Court:

- Any change in marital status or child/spousal support payments;
- Any change in employment;
- Any change of address; and/or
- Any financial recovery to which Debtor becomes entitled for any reason, including without limitation, any personal injury claim, employment claim, workers' compensation claim, unemployment claim, inheritance, life insurance benefits, lottery proceeds or property settlement.

### G(6).  Insurance Information.

As of the Petition Date, Debtor's property is insured as follows:

| Property Address/ Description | Insurance Company | Policy Number | Full/Liability | Agent and Contact Information |
|---|---|---|---|---|
| Allstar Motor Sales, LLC | Grange | PA 1722954-00 | Full | GOREE Insurance 614-280-9680 |
| 5411 Aqua St., Columbus, OH 43229 | Grange | 1711171 | Full | GOREE Insurance 614-280-9680 |

MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012

### G(7).  Casualty Loss Insurance Proceeds (Substitution of Collateral).

If a motor vehicle is substantially damaged while subject to an unpaid secured claim, Debtor shall have the option, upon the filing of an appropriate motion, of using the proceeds of any insurance payable due to loss of the vehicle to: (i) repair the vehicle, (ii) pay off the balance of the secured claim if the secured creditor is a named loss payee on the policy, or (iii) substitute the collateral by purchasing a replacement vehicle.  If Debtor purchases a replacement vehicle, the vehicle shall have a value not less than the balance of the unpaid secured claim, the lien of the creditor shall be transferred to the replacement vehicle, and the Trustee will continue to pay the allowed secured claim.  Debtor may not purchase a replacement vehicle without Trustee and/or Court approval as required by LBR 4001-3(b)–(d).

### G(8).  Post-Petition Debt.

Debtor shall not incur any non-emergency consumer debt in excess of $1,000 without Trustee and/or Court approval. LBR 4001-3(b)–(d).

## H.    SPECIAL PROVISIONS

The Special Provisions listed below, if any, are restricted to those items applicable to Debtor's particular circumstances.

**NOTE**: Special Provisions shall **NOT** contain a restatement of provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules, nor shall this section contain boilerplate language regarding the treatment of mortgages, mortgage arrearages, proofs of claim, consumer protection provisions or the like. *See* General Order No. 7.

| Special Provisions: | |
|---|---|
| 1. | Debtor shall make plan payments in the amount set forth in this Plan for no less than the applicable commitment period, but not to exceed 60 months. The dividend to be paid to unsecured creditors shall be no less than the dividend set forth on page one of the plan. |
| 2. | Any security deposit owed to American Electric Power (AEP) or to Columbia Gas, or City of Columbus Dept. of Public Utilities shall be paid through the plan as an administrative priority claim. |
| 3. | Student Loans - any student loan creditor shall be permanently enjoined from charging late fees, collection fees, or any other penalties based solely upon its pro rata Chapter 13 Plan distributions being less than the minimum monthly payments it would otherwise be contractually entitled to during the life of the plan. Any default on any student loan account is waived by the creditor pursuant to §1322(b)(3) upon confirmation. |

The undersigned hereby certify(ies) that the Plan does not contain any alterations to the text of the Mandatory Form Plan, except as authorized by order of the Court.

| Case Attorney: |
|---|
| /s/  Laura M. Nesbitt |

**MANDATORY FORM PLAN (10/01/2010) Revised 04/01/2012**

Dated: March 20, 2015

| **Debtor** | | **Joint Debtor** | |
|---|---|---|---|
| /s/ Sana B. Barrett | | | |

Dated: March 20, 2015                         Dated:

## NOTICE

Laura M. Nesbitt, on behalf of Debtor(s), has filed papers with the court to Amend Plan prior to confirmation.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you just file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk of Courts, US Bankruptcy Court Southern District of Ohio, 170 North High Street, Columbus, Ohio 43215 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the courts ECF System or by 2) regular U.S. Mail to Laura M. Nesbitt, 1335 Dublin Road, 217-A, Columbus, Ohio 43215 and to all other parties listed on the Certificate of Service included with this motion.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Amended Chapter 13 Plan and Notice was served upon the parties listed below on March 20, 2015, electronically via the Court's ECF system as permitted by the rules or by regular U.S. mail, postage pre-paid as specified below.

/s/ Laura M. Nesbitt
Laura M. Nesbitt (0082629)
*Debtor(s) counsel*

**SERVED ELECTRONICALLY**

Frank M. Pees, Chapter 13 Trustee
Office of the United States Trustee
Austin B Barnes
Stephen Franks
Douglas A. Stephan

**SERVED VIA REGULAR U.S. MAIL**

See attached list

```
Label Matrix for local noticing          AEP Ohio                                  AFNI, Inc
0648-2                                    850 Tech Center Dr                       404 Brock Drive
Case 2:15-bk-50732                        Columbus, OH 43230-8250                  Bloomington, IL 61701-2654
Southern District of Ohio
Columbus
Fri Mar 20 15:58:16 EDT 2015

AT&T U-verse                              Accelerated Financial SO                 Allstar Motor Sales, LLC
PO Box 5014                               PO Box 810                               % Jonathan Campbell, Registered Age
Carol Stream, IL 60197-5014               Smithfield, VA 23431-0810                13716 Cooperider Rd.
                                                                                   Glenford, OH 43739-9617


Allstar Motor Sales, LLC                  Asst US Trustee (Col)                    Austin Barnes, Esq.
250 North 21st St                         Office of the US Trustee                 3860 Ben Hur Ave, Suite 1
Newark, OH 43055-4233                     170 North High Street                    Willoughby, OH 44094-6377
                                          Suite 200
                                          Columbus, OH 43215-2417


Beechcroft High School                    Bristol West Insurance Services          CBCS
6100 Beechcroft Rd.                       PO Box 371329                            PO Box 69
Columbus, OH 43229-2799                   Pittsburgh, PA 15250-7329                Columbus, OH 43216-0069


Central Ohio Urology Group                CheckSmart                               (p)CHOICE RECOVERY INC
PO Box 713888                             2496 Morse Rd.                           1550 OLD HENDERSON ROAD
Cincinnati, OH 45271-3888                 Columbus, OH 43231-5930                  STE 100
                                                                                   COLUMBUS OH 43220-3662


City of Columbus                          City of Columbus Dept of Public Utilitie (p)COLUMBIA GAS
Parking Violations Bureau                 910 Dublin Road                          290 W NATIONWIDE BLVD 5TH FL
2700 Impound Lot Rd                       Columbus, OH 43215-1169                  BANKRUPTCY DEPARTMENT
Columbus, OH 43207-1891                                                            COLUMBUS OH 43215-4157


Computer Collections, Inc.                Computer Collections, Inc.               Computer Collections, Inc.
Claim Dept 009540, 640 West Fourth St     Claim Dept 017051, 640 W Fourth Sts      PO Box 5238, Claim Dept 017050
PO Box 5238                               PO Box 5238                              640 West Fourth St
Winston Salem, NC 27113-5238              Winston Salem, NC 27113-5238             Winston Salem, NC 27101-2730


Credit Collection Services                Credit Management                        Devry Inc
Two Wells Ave                             4200 International Parkway               814 Commerce Dr
Newton Center, MA 02459-3246              Carrollton, TX 75007-1912                Oak Brook, IL 60523-1965


Doctors Anesthesia Services of Columbus   Dominic J. Mensah DDS Inc                Enhanced Recovery Company
PO Box 713749                             2489 Stelzer Rd Suite 100                PO Box 57547
Cincinnati, OH 45271-3749                 Columbus, OH 43219-3495                  Jacksonville, FL 32241-7547


First Credit Intl Corp                    Franklin County Municipal Court          Great Lakes Higher Education
3250 W Market St                          375 S. High Street                       PO Box 7859
Suite 304                                 Columbus, OH 43215-4520                  Madison, WI 53707-7859
Akron, OH 44333-3321
```

Great Lakes Higher Education
PO Box 7860
Madison, WI 53707-7860

Hoffman & Associates Inc
5005 Pine Creek Drive
Westerville, OH 43081-4849

JP Recovery Services, Inc.
PO Box 16749
Rocky River, OH 44116-0749

Jackie Berkowitz, DDS
955 N Hamilton Rd
Gahanna, OH 43230-1758

Law Offices of Robert A. Schueger Co.
81 South Fifth St, Suite 400
Columbus, OH 43215-4323

Liberty Mutual Group
PO Box 970
Mishawaka, IN 46546-0970

Meijer
5555 Cleveland Avenue
Columbus, OH 43231-4048

Merchants' Credit Guide Co.
223 W Jackson Blvd #700
Chicago, IL 60606-6914

Mount Carmel / St. Anns Hospital
PO Box 89458
Cleveland, OH 44101-6458

Nationwide Children's Hospital
Patient Accounts
700 Children's Dr
Columbus, OH 43205-2664

Ohio Attorney General
Collections Enforcement Section
150 E. Gay St
Columbus, OH 43215-3130

Ohio Homeowner Assistance, LLC
% John F. Kukura III, Registered Ag
88 East Broad Street, Ste 1800
Columbus, OH 43215-3526

Ohio Homeowner Assistance, LLC
88 East Broad Street, Ste 1800
Columbus, OH 43215-3526

OhioHealth / Grant Medical Center
5350 Frantz Rd
Dublin, OH 43016-4259

OhioHealth / OPG-GMC_WPC
5350 Frantz Rd
ATTN: OPG Billing
Dublin, OH 43016-4259

OhioHealth / Riverside Methodist Hosp
5350 Frantz Rd
Dublin, OH 43016-4259

PCB
PO Box 29917
Columbus, OH 43229-7517

Pathways FCU
750 Georgesville Rd
Columbus, OH 43228-2802

Performant Recovery Inc.
333 North Canyons Parkway
Suite 100
Livermore, CA 94551-9480

Praxis Financial Solutions
7301 N Lincoln Ave
Suite 220
Lincolnwood, IL 60712-1733

PuroClean Restoration Experts
1255 N. Hamilton Rd
Unit 163
Columbus, OH 43230-6785

Rossman & Co.
5500 New Albany Road
New Albany, OH 43054-8704

The Ohio State University
College Of Dentistry
305 W 12th Ave
Columbus, OH 43210-1267

The Ohio State University Medical Center
Patient Financial Services Dept
PO Box 183102, 660 Ackerman Rd
Columbus, OH 43218-3102

Third Federal Savings & Loan
323 W. Lakeside Avenue, Ste. 200
Cleveland, OH 44113-1009

Third Federal Savings & Loan
7007 Broadway Ave
Cleveland, OH 44105-1490

Travelers Personal Insurance
PO Box 660307
Dallas, TX 75266-0307

Trugreen
860 Ridge Lake Blvd
Memphis, TN 38120-9421

US Dept of Education/GLE
2401 International
PO Box 7859
Madison, WI 53707-7859

Unique National Colleciton
119 Maple St
Jeffersonville, IN 47130-3439

| | | |
|---|---|---|
| United Collection Bureau<br>5620 Southwick Blvd<br>Toledo, OH 43614-1501 | WOW Cable<br>3675 Corporate Dr.<br>Columbus, OH 43231-4965 | Wells Fargo<br>4143 121 ST<br>Urbandale, IA 50323-2310 |
| Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 | Laura M Nesbitt<br>The Nesbitt Law Firm<br>1335 Dublin Road<br>Suite 217-A<br>Columbus, OH 43215-7081 | Sana B. Barrett<br>5411 Aqua St.<br>Columbus, OH 43229-3915 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Choice Recovery
PO Box 20790
Columbus, OH 43220

Columbia Gas
ATTN Revenue Recovery
200 Civic Center Dr 11th Floor
Columbus, OH 43215-4157

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Pathways Financial Credit Union, Inc.          (u)Third Federal Savings & Loan Association          (u)Third Federal Savings & Loan Association o

(du)Pathways Financial Credit Union, Inc.

End of Label Matrix
Mailable recipients    65
Bypassed recipients     4
Total                  69

Case 2:15-bk-50732    Doc 22    Filed 03/20/15    Entered 03/20/15 16:02:21    Desc Main
Document      Page 16 of 16